UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD KAME GAINES, | |
| Plaintiff, | 2:11-cv-206-GMN-RJJ |
| vs. | |
| GREG COX; *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Motion to Reconsider Appointment of Counsel (#10).

The Court having reviewed the Motion to Reconsider (#10) and the file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Reconsider Appointment of Counsel (#10) is **DENIED**.

DATED this __4th__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge