UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RONALD KWAME GAINES, | ) | |
| Plaintiff, | ) | 2:11-CV-206-GMN-RJJ |
| vs. | ) | |
| GREG COX; *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on a proposed Discovery Plan and Scheduling Order filed by Plaintiff, Ronald Kwame Gaines (#37).

The Court having reviewed the proposed Discovery Plan and Scheduling Order filed by Plaintiff, Ronald Kwame Gaines (#37), finds that said document is not a joint filing as required by the rules. Good cause appearing therefore,

IT IS HEREBY ORDERED that the proposed Discovery Plan and Scheduling Order filed by Plaintiff, Ronald Kwame Gaines (#37) is DENIED.

DATED this __4th__ day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge