UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD KWAME GAINES,<br><br>      Plaintiff,<br><br>vs.<br><br>GREG COX; *et al*.,<br><br>      Defendant, | 2:11-CV-206-GMN-RJJ<br><br>O R D E R |

This matter is before the Court on a proposed Discovery Plan and Scheduling Order filed by Plaintiff, Ronald Kwame Gaines (#37).

The Court having reviewed the proposed Discovery Plan and Scheduling Order filed by Plaintiff, Ronald Kwame Gaines (#37), finds that said document is not a joint filing as required by the rules. Good cause appearing therefore,

IT IS HEREBY ORDERED that the proposed Discovery Plan and Scheduling Order filed by Plaintiff, Ronald Kwame Gaines (#37) is DENIED.

DATED this  4th  day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge