UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RONALD KWAME GAINES, | ) | |
| Plaintiff, | ) | 2:11-cv-206-GMN-RJJ |
| vs. | ) | |
| GREG COX, *et al*., | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on a proposed Discovery Plan and Scheduling Order (#41) filed by the Plaintiff, Ronald Kwame Gaines and on a Second Motion Requesting Pretrial Conference (#44).

The Court having reviewed this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that the proposed Discovery Plan and Scheduling Order (#41) and the Second Motion Requesting Pretrial Conference (#44) are **DENIED.**

IT IS FURTHER ORDERED that on or before May 31, 2012, the parties shall file a joint, discovery plan and scheduling order in accordance with Local Rule 26-1.

DATED this   16th   day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge