UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD KWAME GAINES, | ) |
| Plaintiff, | ) 2:11-cv-206-GMN-RJJ |
| vs. | ) |
| GREG COX, *et al*., | ) O R D E R |
| Defendant, | ) |

This matter is before the Court on Plaintiff's Motion for Default or Sanctions Against Defendant for Non Compliance F.R.C.P. 16.1 and 37 (#49).

The Court having reviewed the Motion (#49) and the file herein, finds that on May 16, 2012, the Court granted the parties to and including May 31, 2012, to file a proposed, joint discovery plan and scheduling order. *See*, Order (#45). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default or Sanctions Against Defendant for Non Compliance F.R.C.P. 16.1 and 37 (#49) is **DENIED** as premature.

DATED this 29th day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge