UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD KWAME GAINES,           )<br>                                                          )<br>                    Plaintiff,       )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>GREG COX, *et al.*,                         )<br>                                                          )<br>                    Defendant.  )<br>_____) | 2:11-cv-0206-GMN-RJJ<br><br><br><br><br>ORDER STRIKING<br><u>FILED DOCUMENT</u> |

On May 24, 2012, Plaintiff filed a Meeting Request Pursuant to Fed. R. Civ. P. 26(F) and LR-1 (#48).

The Court having reviewed the Request (#48), finds that this is a discovery related document. Further, the Court finds that pursuant to LR 26-8 discovery related papers are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Request (#48) shall be stricken by the Clerk.

DATED this  29th   day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge