1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                             DISTRICT OF NEVADA

7                                     * * *

8   RONALD KWAME GAINES,              )
                                      )
9           Plaintiff,                )        2:11-cv-206-GMN-RJJ
                                      )
10  vs.                               )
                                      )
11  GREG COX, et al.,                 )              O R D E R
                                      )
12                                    )
            Defendant,                )
13  _____ )

14          This matter is before the Court on Defendant's Motion for Reconsideration and Proposed

15  Scheduling Order (#52).

16          The Court has reviewed the Motion (#52) and the Response (#58. The substantial

17  involvement of the Plaintiff in litigating his case has convinced the Court that a timely resolution

18  will be reached by a cooperative preparation of a proposed discovery plan and scheduling order.

19  This procedure is not often followed by the court, but in this case, it makes good sense.  The

20  conference regarding discovery can be conducted by the parties by telephone. Good cause

21  appearing therefore,

22          IT IS HEREBY ORDERED that Defendant's Motion for Reconsideration and Proposed

23  Scheduling Order (#52) is DENIED.

24          IT IS FURTHER ORDERED that the parties shall file a join, proposed discovery plan

25  and scheduling order on or before July 12, 2012.

26          DATED this __28th__ day of June, 2012.

27

28          _____
            ROBERT J. JOHNSTON
            United States Magistrate Judge