UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RONALD KWAME GAINES,            )
                                )
        Plaintiff,              )       2:11-cv-206-GMN-RJJ
                                )
vs.                             )
                                )
GREG COX, et al.,               )       O R D E R
                                )
                                )
        Defendant,              )
_____)

This matter is before the Court on Plaintiff's Proposed Discovery Plan and Scheduling Order (#53).

The Court has reviewed the Plaintiff's Proposed Discovery Plan and Scheduling Order (#53) and the docket herein and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Proposed Discovery Plan and Scheduling Order (#53) is DENIED.

IT IS FURTHER ORDERED that consistent with the Court's prior order, the parties shall file a joint, proposed discovery plan and scheduling order on or before July 12, 2012.

DATED this  28th  day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge